AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**DANNY MAYS,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**AMERICAN ELECTRIC POWER, et al.,**

CASE NO.  C2-08-1124
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

        **Defendants.**

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed September 15, 2010, JUDGMENT is hereby entered in favor of Defendants.  This case is dismissed.**

Date:  September 15, 2010

JAMES BONINI, CLERK

/S/ Andy F. Quisumbing
(By) Andy F. Quisumbing
Courtroom Deputy Clerk